**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name:  **Sarr v. Mullin**                    Case Number:  **26-cv-2206-CAB-JLB**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez      Rptr Tape:  N/A

In light of Respondents' status report, [Doc. No. 10], the Court maintains the order for Respondents to file a status report within two business days of Petitioner's removal.  If Petitioner has not been removed by July 31, 2026, Respondents shall file a status report explaining the reasons for delay.

 Date:  July 7, 2026                                        Initials:  MS