**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name:  **Sarr v. Mullin**                    Case Number:  **26-cv-2206-CAB-JLB**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez      Rptr Tape:  N/A

In light of Respondents' status report, [Doc. No. 12], the Court maintains the order for Respondents to file a status report within two business days of Petitioner's removal.  If Petitioner has not been removed by August 14, 2026, the Court anticipates ordering his immediate release absent compelling justification for additional delay.

 Date:  August 4, 2026                                        Initials:  MS