**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **SARR v. MULLIN, et al.** Case Number: **3:26-cv-2206-CAB-JLB**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: [Reporter Tape]

Respondents notified the Court that Petitioner was removed to Gambia on August 12, 2026. Accordingly, the Clerk of Court shall **CLOSE** the case.

Date: August 21, 2026 Initials: MA